AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 6:23-mj-00085-MK |
| JARED L. WISE ) | |
| ) | Charging District: District of Columbia |
| *Defendant* ) | Charging District's Case No. 1:23-mj-00082 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: 333 Constitution Avenue N.W. Washington, D.C. 20001 | Courtroom No.: Courtroom 4 via Zoom |
|---|---|
| | Date and Time: 5/9/2023 1:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 5/1/23

*Judge's signature*

MUSTAFA T. KASUBHAI, U.S. MAGISTRATE JUDGE
*Printed name and title*

RECORDING AUDIO OR VIDEO OF ANY COURT PROCEEDING IS STRICTLY PROHIBITED BY FEDERAL LAW.
Time: This is a recurring meeting Meet anytime

Join ZoomGov Meeting
https://uscourts-dcd.zoomgov.com/j/1615439875?pwd=M1JnWVV6bjBPTnF3M010SzdtM0NwZz09

Meeting ID: 161 543 9875
Passcode: 926057